1    SEYFARTH SHAW LLP
     Michael J. Burns (SBN 172614)
2    mburns@seyfarth.com
     Eden Anderson (SBN 233464)
3    eanderson@seyfarth.com
     560 Mission Street, 31st Floor
4    San Francisco, California  94105
     Telephone:    (415) 397-2823
5    Facsimile:    (415) 397-8549

6    Attorneys for Defendant
     BEST BUY STORES, L.P.
7    (erroneously sued as "BEST BUY CO., INC.")

8    LAW OFFICES OF SHARON COHEN
     Sharon Cohen (SBN 209608)
9    1385 Ridgewood Drive, Suite 110
     Chico, California  95973
10   Telephone:    (530) 345-6343

11   Attorney for Plaintiff

12                          UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF CALIFORNIA

14

15   SHAUN CHARLES,                          Case No. C 12-02934 MMC
16
                     Plaintiff,              **STIPULATION TO CONTINUE CASE**
17                                           **MANAGEMENT CONFERENCE;**
            v.                               **[PROPOSED] ORDER THEREON**
18
     BEST BUY CO., INC., and DOES 1 to 50,   Date:    ~~September 7, 2012~~
19   inclusive,                              Time:    10:30 a.m.
                                             Place:   Courtroom 7, 19th Floor
20                   Defendants.                      Federal Building
                                             Judge:   Hon. Maxine M. Chesney
21

22          Plaintiff Shaun Charles and Defendant Best Buy Stores, L.P. (erroneously sued as Best

23   Buy Co., Inc.) (collectively, "the Parties"), by and through their counsel, stipulate and agree as

24   follows:

25          WHEREAS, the initial Case Management Conference ("CMC") in this matter is currently

26   set to occur on September 7, 2012 at 10:30 a.m.

27

28

     STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON
                            CASE NO. C 12-02934 MMC

1        WHEREAS, defense counsel Eden Anderson will be on vacation between September 1-9,

2    2012 and is unable to attend the Case Management Conference.  Defense counsel Michael Burns

3    is also unavailable on September 7, 2012.

4        NOW THEREFORE, the Parties hereby stipulate, agree, and request that the Case

5    Management Conference be continued to Friday, September 21, 2012 at 10:30 a.m.

6        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7
8    DATED: August 27, 2012                Respectfully submitted,

9                                    SEYFARTH SHAW LLP

10

11                                By:  /s/ Eden Anderson

12                                    Michael J. Burns
                                      Eden Anderson

13                                  Attorneys for Defendant
                                    BEST BUY STORES, L.P.

14                                  (erroneously sued as "BEST BUY CO., INC.")

15    DATED: August 27, 2012                LAW OFFICES OF SHARON COHEN

16

17                                  By:/s/ Sharon Cohen

18                                    Sharon Cohen
                                  Attorney for Plaintiff

19

20                             **ORDER**

21        The Court hereby continues the Case Management Conference to September 21, 2012 at

22    10:30 a.m.   A Joint Case Management Statement shall be filed no later than September 14, 2012.

23        IT IS SO ORDERED.

24

25    Dated:  August 29, 2012

26                          Judge Maxine M. Chesney
                          United States District Judge

27

28