1  SEYFARTH SHAW LLP
   Michael J. Burns (SBN 172614)
2  mburns@seyfarth.com
   Eden Anderson (SBN 233464)
3  eanderson@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California  94105
   Telephone:     (415) 397-2823
5  Facsimile:     (415) 397-8549

6  Attorneys for Defendant
   BEST BUY STORES, L.P.
7  (erroneously sued as "BEST BUY CO., INC.")

8  LAW OFFICES OF SHARON COHEN
   Sharon Cohen (SBN 209608)
9  1385 Ridgewood Drive, Suite 110
   Chico, California  95973
10 Telephone:     (530) 345-6343

11 Attorney for Plaintiff

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15

16 SHAUN CHARLES,                                Case No. C 12-02934 MMC

17         Plaintiff,                            **STIPULATION TO CONTINUE CASE
                                                 MANAGEMENT CONFERENCE;
18   v.                                          [PROPOSED] ORDER THEREON**

19 BEST BUY CO., INC., and DOES 1 to 50,         Date:   ~~September 7, 2012~~
   inclusive,                                    Time:   10:30 a.m.
20                                               Place:  Courtroom 7, 19th Floor
           Defendants.                                   Federal Building
21                                               Judge:  Hon. Maxine M. Chesney

22         Plaintiff Shaun Charles and Defendant Best Buy Stores, L.P. (erroneously sued as Best

23 Buy Co., Inc.) (collectively, "the Parties"), by and through their counsel, stipulate and agree as

24 follows:

25         WHEREAS, the initial Case Management Conference ("CMC") in this matter is currently

26 set to occur on September 7, 2012 at 10:30 a.m.

27

28

---
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON
CASE NO. C 12-02934 MMC

1  WHEREAS, defense counsel Eden Anderson will be on vacation between September 1-9, 2012 and is unable to attend the Case Management Conference. Defense counsel Michael Burns is also unavailable on September 7, 2012.

NOW THEREFORE, the Parties hereby stipulate, agree, and request that the Case Management Conference be continued to Friday, September 21, 2012 at 10:30 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 27, 2012                    Respectfully submitted,

                                          SEYFARTH SHAW LLP


                                          By: /s/ Eden Anderson
                                              Michael J. Burns
                                              Eden Anderson
                                          Attorneys for Defendant
                                          BEST BUY STORES, L.P.
                                          (erroneously sued as "BEST BUY CO., INC.")


DATED: August 27, 2012                    LAW OFFICES OF SHARON COHEN


                                          By:/s/ Sharon Cohen
                                              Sharon Cohen
                                          Attorney for Plaintiff


**ORDER**

The Court hereby continues the Case Management Conference to September 21, 2012 at 10:30 a.m. A Joint Case Management Statement shall be filed no later than September 14, 2012.

IT IS SO ORDERED.


Dated: August 29, 2012                    _____
                                          Judge Maxine M. Chesney
                                          United States District Judge