UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHAUN CHARLES
                Plaintiff(s),

v.

BEST BUY CO., INC., et al.
                Defendant(s).

CASE NO. C 12-02934 MMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR *(please identify process and provider)* Mediation, provider TBD

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
☒ other requested deadline — March 2013 so that the parties can engage in sufficient discovery beforehand

Dated: September 10, 2012              /s/ Sharon Cohen
                                                    Attorney for Plaintiff
                                                    Shaun Charles

Dated: September 10, 2012              /s/ Eden Anderson
                                                      Attorney for Defendant
                                                    Best Buy Stores, L.P.

CONTINUE TO FOLLOWING PAGE


American LegalNet, Inc.
www.FormsWorkFlow.com

**[PROPOSED] ORDER**

- [X] The parties' stipulation is adopted and IT IS SO ORDERED.
- [ ] ~~The parties' stipulation is modified as follows, and IT IS SO ORDERED.~~

Dated: September 12, 2012

_____
UNITED STATES JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

American LegalNet, Inc.
www.FormsWorkFlow.com